UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE L. DE LA TORRE, | ) | Case No. EDCV 13-6 MMM(JC) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| B. ELLIS, et al., | ) | |
| Defendants. | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 10, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE